**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cr-60127-BLOOM**

ANTHONY GARFIELD COX,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## <u>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL</u>

    **THIS CAUSE** is before the Court on Movant Anthony Garfield Cox's Motion for Appointment of Counsel, ECF No. [99]. In the Motion, Movant requests that the Court grant him "appointment of counsel in light of the U.S. Sentencing Commission's vote to allow [] retroactive sentence reductions[,]" ECF No. [99] at 1; in other words Movant seeks the appointment of counsel to collaterally attack his sentence in a 28 U.S.C. § 2255 motion. For the following reasons, the Motion is denied.

    "A civil litigant . . . has no absolute constitutional right to the appointment of counsel." *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987) (citations omitted). Rather, the appointment of counsel is "*a privilege*" only justified by "exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Id.* (emphasis added). While the Petitioner argues in conclusory terms that his legal claims are complex, *see* ECF No. [99] at 1, he does not provide any detail to show how his claims are novel or complex. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999) (holding that the

district court did not abuse its discretion in denying the plaintiff's motion for appointment of counsel because the legal issues raised were not sufficiently complex).

Accordingly, it is **ORDERED AND ADJUDGED** that Movant's Motion for Appointment of Counsel, **ECF No. [99]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 20, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Anthony Garfield Cox, *PRO SE*
70475-004
Butner FMC
Federal Medical Center
Inmate Mail/Parcels
Post Office Box 1600
Butner, North Carolina 27509